UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.  Criminal No. 2:15cr163

WILLIAM THOMAS DUNCAN, JR.,

    Defendant.

ORDER

This matter is before the Court on Defendant's Motion in Limine to Exclude Testimony from the Government's Proposed Expert Witnesses. ECF No. 65. Defendant filed his Motion on April 14, 2016. In light of the April 26, 2016 trial date in this matter, to expedite resolution of Defendant's Motion in Limine, the Court **DIRECTS** the Government to file a response to such Motion no later than close of business on Tuesday, April 19, 2016. The Court **DIRECTS** Defendant to file any reply no later than close of business on Thursday, April 21, 2016.

The Clerk is **REQUESTED** to send a copy of this Order to counsel of record for the parties.

It is so **ORDERED**.

                                                    /s/
                                         Mark S. Davis
                                 UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
April 15, 2016.