# *UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk DIVISION

**Monday, April 18, 2016**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT**: THE HONORABLE Mark S. Davis, District Judge
Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk:      Krystal Swendsboe                               Reporter: Paul McManus, OCR

| Set: 12:00 p.m. | Started: 12:05 p.m. | Ended: 2:43 p.m. |
|---|---|---|
| Case No.  2:15cr163 | | |
| United States of America | | |
| v. | | |
| William Thomas Duncan | | |
| | | |
| Elizabeth Yusi, present on behalf of the Government. | | |
| Adam Carroll, Stephen Pfeiffer and Diana McGraw, present on behalf of the Defendant. | | |
| Defendant present in custody. | | |
| Matter came on for a hearing on [54] motion to accommodate; and [40] motion to dismiss. | | |
| Court allowed the Government to give its reply to [54] motion to accommodate on the record. | | |
| Argument of counsel heard pertaining to both motions.  Evidence presented. Oral motion by Gov't to seal Gov't Exhibit 1, which motion was GRANTED. | | |
| Court DIRECTS counsel to submit simultaneous supplemental briefs on the [54] motion by 5:00 p.m. on 4/19/16. | | |
| Court takes matters under advisement and will issue an order. | | |
| Defendant remanded to custody of USM. | | |
| Court adjourned. | | |
| **Government Exhibits:** | | |
|   G-1 - SEALED | | |